IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATRINA D. FOUTY,
Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

Case No. 20–CV–00375–JPG

## JUDGMENT

This matter having come before the Court, and the litigants having agreed to remand,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Commissioner of Social Security's benefits decision is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge must (1) reevaluate the residual functional capacity, including the evidence related to the plaintiff's migraine headache pain; (2) if necessary, continue through the sequential evaluation process with citation to the medical record; and (3) if warranted, obtain additional vocational evidence.

**Dated: Thursday, March 11, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**