IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATRINA D. FOUTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:20-cv-00375-JPG |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED PETITION
FOR ATTORNEY FEE PURSUANT TO § 206(b)(1)**

THIS CAUSE comes before the Court on Petitioner's Unopposed Motion for attorney's fees (Doc. 35). Petitioner filed his petition for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), on December 16, 2021, and the Defendant has no opposition to the fee.

Accordingly, **IT IS ORDERED** that the relief requested in the petition seeking an attorney fee of $11,892.75 pursuant to the Social Security Act is **GRANTED** (Doc. 35). The Court **ORDERS** that payment by the Commissioner in the amount of $6,892.75, which represents the balance after the Equal Access to Justice ("EAJA") offset in amount of $5,000.00 is subtracted, be paid directly to attorney Frederick J. Daley, Jr. in accordance with the agreement signed by Plaintiff.

**IT IS SO ORDERED.**
**Dated: December 20, 2021**

/s/ J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE